UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No. 2:20-cv-1622 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| S. HESLOP, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this court is plaintiff's objection to removal of this action to federal court and a motion to remand. (ECF No. 7). For the reasons stated below, the court shall direct the Clerk of Court to update the docket to reflect that plaintiff wishes to withdraw the motion.

On August 13, 2020, defendants removed this action from state court to this one. (See ECF Nos. 1, 2, 4). Thereafter, on August 26, 2020, plaintiff filed an objection to its removal and a motion to remand the matter. (See ECF No. 7). In support of the motion, plaintiff argued that it should be granted because three of the four named defendants in the action had not yet been served, and the removal had been done to interfere with plaintiff's ability to serve them. (See ECF No. 7 at 2-3).

1

On September 16, 2020, defendant B. Velasquez – one of the four named defendants in this action – filed an opposition to plaintiff's motion to remand.  (See ECF No. 8).  In it, defendant Velasquez argues that he was entitled to remove the action to this court on his own, and that in any event, the court may order service of the remaining defendants once the matter has been screened.  (See ECF No. 8 at 2).  Thereafter, on September 23, 2020, plaintiff filed a notice requesting that his motion for remand be withdrawn.[1]

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall update the docket to reflect that plaintiff wishes to WITHDRAW his objection to removal and motion to remand filed August 26, 2020 (ECF No. 7).

Dated:  October 1, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/wilk1622.wdrwl.mtr

---

[1] Plaintiff states that he wishes to withdraw the motion for remand because the three remaining named defendants have been served in state court.  (See ECF No. 9 at 1).