UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No. 2:20-cv-1622 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| S. HESLOP, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.

By order dated June 28, 2021, the court screened plaintiff's complaint. (ECF No. 11.) The court found plaintiff stated an Eighth Amendment claim for excessive force and a First Amendment claim for retaliation against defendant Heslop. The court also found that plaintiff failed to state any other claims under § 1983 and dismissed plaintiff's state law claims for failure to comply with the California Government Claims Act ("GCA").[1] Plaintiff was given the option

////

---

[1] In a notice filed on July 14, 2021, plaintiff argues that he pled compliance with the GCA in his complaint. (ECF No. 12.) As noted by the court in its screening order, plaintiff must specifically allege compliance with the GCA. (ECF No. 11 at 9-10.) Plaintiff's statement in his complaint that he "exhausted a government claim" (ECF No. 1 at 12) is too vague to have satisfied this requirement.

1

to proceed on the complaint as screened or to file an amended complaint.  (ECF No. 11.)  Plaintiff has informed the court that he wishes to file an amended complaint.  (ECF No. 13.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the court's June 28, 2021 screening order (ECF No. 11), the Federal Rules of Civil Procedure, and the Local Rules of Practice.
2. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint."
3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  July 28, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/wilk1622.amd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. GOVEA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT W. FOX, et al.,<br><br>  Defendants. | No. 2:15-cv-2545 DB P<br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

\_\_\_\_\_ Plaintiff wants to proceed immediately on his Eighth Amendment claims against defendants Fox, Clark, Bick, Lewis, and the ten Doe defendant members of the Institutional Utilization Management Committee without amending the complaint. Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing his state law negligence claim and his Eighth Amendment claim against defendant Wolfson without prejudice.

\_\_\_\_\_ Plaintiff wants to amend the complaint.

DATED:_____

                                                             Ronnie R. Govea
                                                             Plaintiff pro se