UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No. 2:20-cv-1622 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| S. HESLOP, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.

By order dated September 12, 2022, the court screened plaintiff's First Amended Complaint. (ECF No. 18.) The court found plaintiff stated an Eighth Amendment claim for excessive force against defendant Heslop, a First Amendment claim for retaliation against defendant Heslop, and a Fourteenth Amendment equal protection claim against defendants B. Velasquez and A. Sawma. The court also found that plaintiff failed to state any other claims under § 1983 and dismissed plaintiff's state law claims as conclusory. Plaintiff was given the option to proceed on the complaint as screened or to file an amended complaint.

Plaintiff simultaneously informed the court that he wished to file an amended complaint (ECF No. 21) and filed the Second Amended Complaint (ECF No. 20). Defendants now request that this complaint be screened by the court prior to defendants filing a response. (ECF No. 22.)

1

Pursuant to 28 U.S.C. § 1915A(a), all complaints filed by prisoners must be screened by the court prior to service of said complaint. Accordingly, plaintiff's Second Amended Complaint will be screened prior to defendants being ordered to respond to the complaint. The court will screen the Second Amended Complaint in due course.

Accordingly, IT IS HEREBY ORDERED that defendant's motion for the court to screen the Second Amended Complaint (ECF No. 22) is granted. Screening will occur in due course.

DATED: February 2, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/wilk1622.req_scrn

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R. GOVEA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT W. FOX, et al.,<br><br>    Defendants. | No.  2:15-cv-2545 DB P<br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

\_\_\_\_\_   Plaintiff wants to proceed immediately on his Eighth Amendment claims against defendants Fox, Clark, Bick, Lewis, and the ten Doe defendant members of the Institutional Utilization Management Committee without amending the complaint. Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing his state law negligence claim and his Eighth Amendment claim against defendant Wolfson without prejudice.

\_\_\_\_\_   Plaintiff wants to amend the complaint.

DATED:_____

                                                                Ronnie R. Govea
                                                                Plaintiff pro se

3