UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. HESLOP, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-01622 DJC DB P<br><br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On June 2, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Plaintiff has filed objections to the findings and recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  This specifically includes the Magistrate Judge's screening order filed April 10, 2023 (ECF 25) on which the findings

and recommendations are based.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 2, 2023, are adopted in full;

2. This case shall proceed only on the following claims: (1) against defendant S. Heslop for excessive force in violation of plaintiff's Eighth Amendment rights, retaliation in violation of his First Amendment rights, assault, battery, and violation of the Bane Act; and (2) against B. Velasquez and A. Sawma for equal protection under the Fourteenth Amendment;

3. All claims other than those identified above be dismissed with prejudice;

4. The Clerk of the Court is directed to terminate defendant L. Eldridge from this case; and

5. This case is referred back to the Magistrate Judge for further pretrial proceedings. This Order should not be construed as altering the stay entered on June 2, 2002 (ECF 29) for purposes of the post-screening ADR project.

IT IS SO ORDERED.

Dated:   **July 21, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE