UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No. 2:20-cv-1622 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| S. HESLOP et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff accuses defendants of using excessive force, retaliating against him, and denying him due process, in violation of his rights under the First, Eighth, and Fourteenth Amendments. (ECF No. 25.) Defendants filed an answer, and on June 2, 2023, the court stayed the case for 120 days and referred it to the court's post-screening ADR project. (ECF Nos. 27, 29.)

On July 21, 2023, defendants filed a motion to opt out of the post-screening ADR project. (ECF No. 33.) Defendants state that they do not believe a settlement conference would be productive at this time. (Id. at 2.) Plaintiff also filed notice regarding the ADR project, in which he states that he told defendants he would participate in ADR proceedings if defendants agreed to pay any resulting fees and costs. (ECF No. 35 at 2.) He further states that defendants' counsel informed him that defendants would not settle or would only settle for "very nominal sums." (Id. at 2.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 33) is granted and the stay of this action is lifted;

2. By separate order, the court will set a schedule for this case.

Dated: July 26, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil Rights/R/wilk1622.optout.post.waiver