UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>S. HESLOP,<br><br>    Defendants. | No. 2:20-cv-01622 DJC DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On February 5, 2024, defendants filed a motion for summary judgment. (ECF No. 51.) Plaintiff has requested a stay of briefing on defendants' motion for summary judgment pending the court's ruling on other pending motions. (ECF No. 53.) Good cause appearing, IT IS HEREBY ORDERED as follows:

    1.    Plaintiff's request for stay of briefing (ECF No. 53) is granted in part.

////
////
////
////

1

2. Briefing on defendants' motion for summary judgment filed on February 5, 2024, is stayed and the court will set a due date for plaintiff's opposition after the court rules on plaintiff's pending motion to modify the scheduling order and plaintiff's pending motion to compel.

Dated: March 19, 2024

DLB
\wilk20cv1622.36msj

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE