UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No. 2:20-cv-01622 DJC DB P |
| Plaintiff, | |
| v. | ORDER |
| S. HESLOP, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. On February 5, 2024, defendants filed a motion for summary judgment. (ECF No. 51.) Pursuant to plaintiff's request, briefing on defendants' motion for summary judgment was temporarily stayed. (ECF No. 57.) The court now court lifts the stay on briefing of defendant's motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's opposition or statement of non-opposition to defendants' motion for summary judgment is due within 21 days of the date of this order.

2. Any reply by defendants shall be filed within 14 days after any opposition by plaintiff.

Dated: June 5, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE