1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEENAN WILKINS,                          No.  2:20-cv-01622 DJC DB P

12                    Plaintiff,

13          v.                                  ORDER

14    S. HESLOP, et al.,

15                    Defendants.

16

17

18          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking

19    relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

20    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On April 16, 2024, the Magistrate Judge filed findings and recommendations

22    herein which were served on all parties and which contained notice to all parties that

23    any objections to the findings and recommendations were to be filed within 21 days.

24    Neither party filed objections to the findings and recommendations.

25          The Court has reviewed the file and finds the findings and recommendations to

26    be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

27    HEREBY ORDERED as follows:

28    ////

                                            1

1.  The findings and recommendations (ECF No. 57) are adopted in full;

2.  Plaintiff's motion for leave to amend the complaint (ECF No. 45) is denied;

3.  This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **June 26, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

wilk1622.801