1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEENAN WILKINS,                          No.  2:20-cv-1622 DJC SCR P

12                   Plaintiff,

13          v.                                 ORDER

14    S. HESLOP, et al.,

15                   Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se is this civil rights action under 42 U.S.C.

18    §1983.  On February 5, 2024, defendants filed a motion for summary judgment.  (ECF No. 51.)

19    The previously assigned magistrate judge stayed the briefing on defendants' motion twice to

20    address pending discovery motions.  (ECF Nos. 54, 67.)  On September 6, 2024, the undersigned

21    ordered plaintiff to file an opposition or statement of non-opposition to defendants' motion for

22    judgment within 35 days.  (ECF No. 76.)  On December 20, 2024, after addressing further

23    discovery disputes, the undersigned ordered plaintiff to file an opposition or statement of non-

24    opposition to defendants' motion for judgment within 35 days.  (ECF No. 80.)

25          More than 35 days have passed since the court's order dated December 20, 2024.  Plaintiff

26    will be ordered to file a response to the motion and a statement explaining why he was not able to

27    do so in a timely manner.  If plaintiff fails to file a response to the motion or fails to show good

28    ////

                                                  1

cause for his failure to file it on time, this court will deem the failure a waiver of any opposition to defendants' motion.

Accordingly, IT IS HEREBY ORDERED that within twenty-one (21) days of the date of this order, plaintiff shall file the following:

1.  A response to defendants' motion for summary judgment that complies with Federal Rule of Civil Procedure 56 and Local Rule 260.

2.  A response to this order explaining why plaintiff was unable to file a timely response to defendants' motion for summary judgment.

DATED: February 11, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2