UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No. 2:20-cv-01622 DJC SCR P |
| Plaintiff, | |
| v. | ORDER |
| S. HESLOP, et al., | |
| Defendants. | |

Before the court is defendants' motion for partial summary judgment. (ECF No. 51.) In order to ensure a complete record of material facts, the court requests additional information from defendants in order to rule on the motion. Specifically, the court requests the January 8, 2019, use of force interview of plaintiff conducted by Lt. Burkhart that was the subject of its prior order granting in part plaintiff's motion to compel. (See ECF No. 80.) If the court finds that the interview contains material, admissible facts, it may consider those facts in resolving the motion.

Accordingly, IT IS HEREBY ORDERED that defendants shall file the January 8, 2019, use of force interview of plaintiff by Lt. Burkhart within ten (10) days of the service of this order. Defendants may redact personally identifying information ("PII"), with the exception of the name(s) of any CDCR personnel, in any such filing. If Defendants are redacting only PII, they need not make a separate sealed filing of an unredacted version. However, if Defendants believe

///

1

1  that additional information beyond PII must be redacted in any public filing, Defendants shall file
2  under seal an unredacted version.
3  DATED: April 4, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE