UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. HESLOP, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-01622 DJC SCR P<br><br><br>ORDER SETTING SETTLEMENT CONFERENCE |

　　　Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  Defendants' motion for partial summary judgment in this matter has been resolved pursuant to the order filed June 13, 2025.  (ECF No. 89.)

　　　The undersigned finds that this case will now benefit from a settlement conference. **Therefore, this case will be referred to Magistrate Judge Carolyn K. Delaney to conduct a settlement conference via Zoom video conference on August 25, 2025, at 9:30 a.m.** Instructions for the settlement conference and an order and a writ of habeas corpus ad testificandum will issue separately in due course.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　This case is set for a settlement conference before Magistrate Judge Carolyn K. Delaney via videoconference on August 25, 2025, at 9:30 a.m.

/////

1

    2.    Instructions for the settlement conference and an order and a writ of habeas corpus ad testificandum will issue separately in due course.

    3.    The action is hereby stayed to allow the parties an opportunity to settle their dispute. In the event the settlement conference does not result in a settlement, within 30 days the court will issue a further scheduling order that includes a lift of the stay.

DATED: June 27, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE