IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEENAN WILKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**S. HESLOP, et al.,**<br><br>Defendants. | Case No. 2:20-cv-01622-DJC-SCR (PC)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER |

    Defendant Heslop moved to modify the scheduling order to extend all deadlines in this case by 60 days because Defendant's expert witness needs additional time to complete necessary contract documents, review records, and prepare an expert report. Plaintiff does not oppose the request and agreed to the extension. Upon due consideration and good cause appearing, the Court **GRANTS** Defendant's motion as follows:

    1.    All parties shall serve their expert disclosures on or before **February 7, 2026**. The deadline for the completion of all expert discovery is **March 9, 2026**.

    2.    Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before **March 13, 2026**. Defendant shall file his pretrial statement on or before **March 27, 2026**. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

All other guidelines remain as previously set.  (*See* ECF No. 94.)

Dated:  October 31, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE