UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No.  2:20-cv-01622 DJC SCR P |
| Plaintiff, | |
| v. | ORDER |
| S. HESLOP, et al., | |
| Defendants. | |

Plaintiff, who was formerly incarcerated in state prison, is proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  Pursuant to the Further Scheduling Order, as modified on November 3, 2025, plaintiff was required to file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before March 13, 2026.  ECF No. 96 at 1.  To date, plaintiff has not filed the required documents or otherwise responded to the order.

Accordingly, the undersigned, sua sponte, grants plaintiff a 45-day extension of time to file and serve a pretrial statement and any motions necessary to obtain the attendance of witnesses at trial.  Plaintiff is advised that a failure to file the documents within this extended timeline will result in the recommendation that the case be dismissed for failure to prosecute, Fed. R. Civ. P. 41(b), and failure to comply with a court order, Local Rule 110.

////

////

1

**CONCLUSION**

Good cause appearing, IT IS HEREBY ORDERED that:

1.      The previous deadlines for the parties to file their respective pretrial statements (ECF No. 96) are hereby VACATED.

2.      Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial within **45 days** of the date of this order.

3.      Defendants shall file their pretrial statement within **14 days of service** of plaintiff's pretrial statement.

4.      Plaintiff's failure to comply with order will result in the recommendation that the action be dismissed for failure to prosecute, Fed. R. Civ. P. 41(b), and failure to comply with a court order, Local Rule 110.

DATED: March 19, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE