UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No.  2:20-cv-01622 DJC SCR P |
| Plaintiff, | |
| v. | ORDER |
| S. HESLOP, et al., | |
| Defendants. | |

Plaintiff, who is currently detained in county jail, is proceeding pro se with this civil rights action under 42 U.S.C. § 1983.  On March 20, 2026, after plaintiff failed to timely file a pretrial statement, the undersigned sua sponte granted plaintiff a 45-day extension of time and advised that a failure to comply would result in a recommendation that the action be dismissed.  ECF No. 98.  On the same day, plaintiff's motion for a 90-day extension of time was docketed.  ECF No. 99.  Plaintiff seeks a 90-day extension of time based on his reincarceration and detention in Santa Rita Jail and pending placement in a treatment facility.  Id.  Defendant did not oppose plaintiff's request.

Accordingly, plaintiff's request for a 90-day extension of time is granted.  Plaintiff shall file and serve a pretrial statement and any motions necessary to obtain the attendance of witnesses at trial **no later than June 18, 2026.**  Plaintiff is again advised that a failure to file the documents within this extended timeline will result in the recommendation that the case be dismissed for

1

failure to prosecute, Fed. R. Civ. P. 41(b), and failure to comply with a court order, Local Rule 110.  Plaintiff shall also keep the Court and defendant appraised on his address.  Local Rule 183(b).

### CONCLUSION

Good cause appearing, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion for an extension of time (ECF No. 99) is GRANTED.

2.    The previous deadlines for the parties to file their respective pretrial statements (ECF No. 98) are hereby VACATED.

3.    Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial **no later than June 18, 2026.**

4.    Defendants shall file their pretrial statement by **July 9, 2026.**

5.    Plaintiff's failure to comply with order will result in the recommendation that the action be dismissed for failure to prosecute, Fed. R. Civ. P. 41(b), and failure to comply with a court order, Local Rule 110.

6.    Pursuant to Judge Calabretta's order granting in part and denying in part defendants' motion for partial summary judgment (ECF No. 89), the Clerk of the Court is directed to terminate defendants Velazquez and Sawma from the Docket.

DATED: April 21, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2