UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEENAN WILKINS,

          Plaintiff,

    v.

S. HESLOP,

          Defendant.

No.  2:20-cv-01622 DJC SCR

ORDER

Plaintiff, who was formerly incarcerated in state prison, is proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  Defendant has notified the Court that the case has settled and requests the Court vacate all pending deadlines.  For good cause shown, Defendant's request is GRANTED.

Accordingly, IT IS HEREBY ORDERED that:

1.    The deadlines for the Parties to file their respective pretrial statements (ECF No. 101) are VACATED.

2.    The Parties shall file dispositional documents within sixty (60) days of this order.

3.    Plaintiff's motion for appointment of counsel for trial (ECF No. 102) is DENIED without prejudice.

////

////

1

4. Plaintiff's motion for an extension of time to file a pretrial statement (ECF No. 103) is DENIED as moot.

DATED: June 4, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE